ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -9 AM 11: 16

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EDWARD HIMES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV 315-053 |
| MR. ZANDERS, Warden; MRS. SANDERS, Deputy Warden, Care and Treatment; and MR. M. ROGERS, Law Librarian, | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___9th___ day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE