# United States District Court
## Southern District of Georgia

EDWARD HIMES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-053

MR. ZANDERS, Warden; MRS. SANDERS, Deputy Warden, Care and Treatment; and MR. M. Rogers, Law Librarian,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 9, 2015, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this action is DISMISSED and stands CLOSED.



| September 9, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |